IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| COMMERCE AND INDUSTRY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF FMAC LOAN RECEIVABLES TRUSTS 1997-B, 1998-B, 1998-C, 1998-D AND 2000-A,<br><br>Defendant. | Case No. |

### DISCLOSURE OF CORPORATE INTEREST

The following corporate affiliations exist with Plaintiff: Plaintiff Commerce and Industry Insurance Company is a direct, wholly-owned subsidiary of AIG Commercial Insurance Group, Inc., which is a wholly-owned subsidiary of AIG Property Casualty Group, Inc., which is a wholly-owned subsidiary of American International Group, Inc., a publicly-traded corporation.

Dated: June 15, 2007

Respectfully submitted,

_____
Amy Lester (Bar Code # AL-3398)
Steptoe & Johnson LLP
750 Seventh Avenue, Suite 1900
New York, New York 10019
(212) 506-3900
(212) 506-3950 (fax)

and

Roger Warin
Harry Lee
Andrew Racca
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
(202) 429-3902 (fax)

Attorneys for Plaintiff Commerce &
Industry Insurance Company

*Of Counsel:*

Scott Davis
David Timmins
Gardere Wynne Sewell LLP
1601 Elm Street
Suite 3000
Dallas, Texas 75201
(214) 999-3000
(214) 999-4667 (fax)