IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERCE AND INDUSTRY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF FMAC LOAN RECEIVABLES TRUSTS 1997-B, 1998-B, 1998-C, 1998-D AND 2000-A,<br><br>Defendant. | Case No. 07-CV-5731 (JGK) |

## NOTICE OF MOTION TO ADMIT HARRY LEE PRO HAC VICE

PLEASE TAKE NOTICE that, upon the annexed Declaration of Lara E. Romansic in support of this motion and the Certificates of Good Standing annexed thereto, plaintiff Commerce and Industry Insurance Company will move this Court, before the Honorable John G. Koeltl, at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Harry Lee, a member of the firm of STEPTOE & JOHNSON LLP, as attorney *pro hac vice* for plaintiff Commerce and Industry Insurance Company in the above-captioned case.

Dated:  New York, New York
        August 21, 2007

STEPTOE & JOHNSON LLP

By: _____
Lara E. Romansic (LR-9236)
750 Seventh Avenue, 19th Floor
New York, New York 10019
(212) 506-3900

*Attorneys for Plaintiff
Commerce and Industry Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERCE AND INDUSTRY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF FMAC LOAN RECEIVABLES TRUSTS 1997-B, 1998-B, 1998-C, 1998-D AND 2000-A,<br><br>Defendant. | Case No. 07-CV-5731 (JGK) |

### DECLARATION OF LARA E. ROMANSIC IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

LARA E. ROMANSIC states as follows:

1. I am a member of the Bar of this Court and associated with the firm of Steptoe & Johnson LLP, counsel for plaintiff Commerce and Industry Insurance Company in the above-captioned case. I make this declaration in support of the motion of plaintiff Commerce and Industry Insurance Company for the admission of Harry Lee, Esq. to practice *pro hac vice* as counsel for plaintiff Commerce and Industry Insurance Company in the above-captioned case.

2. Mr. Lee is a member of the firm of Steptoe & Johnson LLP, resident in our Washington, D.C. office. Mr. Lee is a member in good standing of the Bars of the State of Maryland and the District of Columbia. (A certified copy of Mr. Lee's certificate of

- 2 -

good standing in the State of Maryland is annexed hereto as Exhibit A; and a certified copy of Mr. Lee's certificate of good standing in the Bar of the District of Columbia is annexed hereto as Exhibit B.) Mr. Lee has advised me that he is familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

3. In addition, I have worked with Mr. Lee and I can personally attest that he is competent and of good character.

4. There are no pending disciplinary proceedings against Mr. Lee in any State or Federal Court.

5. Wherefore, I respectfully request that Harry Lee, Esq., be admitted to practice *pro hac vice* as counsel for plaintiff Commerce and Industry Insurance Company in the above-captioned case.

6. Pursuant to 28 U.S.C.A. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       August 21, 2007

_____
Lara E. Romansic

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the thirtieth day of December, 1986,

### Harry Lee

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this third day of August, 2007.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

HARRY LEE

was on the  4TH  day of  MARCH, 1988  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 31, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERCE AND INDUSTRY<br>INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL<br>ASSOCIATION, AS INDENTURE<br>TRUSTEE FOR THE REGISTERED<br>HOLDERS OF FMAC LOAN<br>RECEIVABLES TRUSTS 1997-B,<br>1998-B, 1998-C, 1998-D AND 2000-A,<br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07-CV-5731 (JGK) |

## ORDER

**IT IS HEREBY ORDERED THAT** the motion for admission *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Harry Lee, Esq., is permitted to argue or try this particular case in whole or in part as counsel or advocate for plaintiff Commerce and Industry Insurance Company.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 per attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearances as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COMMERCE AND INDUSTRY INSURANCE COMPANY,

                Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF FMAC LOAN RECEIVABLES TRUSTS 1997-B, 1998-B, 1998-C, 1998-D AND 2000-A,

                Defendant.

07 cv 5731 (JGK)

**AFFIDAVIT OF SERVICE**

State of New York    )
                          ) ss.:
County of New York )

        Robert Ajiashvili, being duly sworn, deposes and says:

        1.    I am over the age of eighteen (18) years and am not a party to this action. I reside in New York, New York.

        2.    On August 22, 2007, I served a true and correct copy of (i) Notice of Motion, dated August 21, 2007; (ii) Declaration of Lara E. Romansic in Support to Admit Harry Lee Pro Hac Vice, dated August 21, 2007; and (iii) Proposed Order upon the parties listed below by First-Class United States Mail:

Russel J. Rogers, Esq.
McKenna Long and Aldridge, LLP
303 Peachtree Street
Suite 5300
Atlanta, GA 30308

–2–

*[signature]*
Robert Agiashvili

Sworn to before me on the
22nd day of August, 2007

*[signature]*
Notary Public

JUSTIN B. PERRI
NOTARY PUBLIC-STATE OF NEW YORK
No. 02PE6134281
Qualified in New York County
My Commission Expires September 26, 2009

State of New York
County of New York
Sworn to before me this
22nd day of August, 2007