# EXHIBIT A

# EXHIBIT A

| Borrower | Property Address | Policy |
|---|---|---|
| Acme | 7618 Freedom St | 5295865 |
| Acme | I-95 and Hwy 76 | 5295865 |
| Acme | I-95 and Hwy 102 | 5295865 |
| Acme | Mill and Sunset Sts. | 5295865 |
| Acme | 733 N. Brools St | 5295865 |
| Acme | Hwy 15 and Hwy 301 | 5295865 |
| Acme | 100 Main St. | 5295865 |
| Acme | 106 N. Bovce St | 5295865 |
| Acme | I-95 and Hwy 301 | 5295865 |
| Acme | I-95 and Hwy 261 | 5295865 |
| Acme | Hwy 261 and Raccoon Road | 5295865 |
| Carolina Entertainment | 610 S. Guignard Dr. | 7788373 |
| Fasmart | US Hwy 360 and Hwy 17 | 5295738 |
| Fasmart | 7865 Bay Rd | 7788373 |
| Fasmart | 4434 Summit Bridge Road | 7788373 |
| Iowa Oil | 704 E. Amelia St | 5295859 |
| Iowa Oil | 15080 Highway 20 | 5295859 |
| Henson Oil | 201 N. Church St | 5295859 |
| Henson Oil | 105 Highway 15 South | 5295859 |
| Petroleum Holdings | Old Highway 27 (Tekonsha) | 5295859 |
| Petroleum Holdings | 15874 11 Mile Road (Te-Khi) | 5295865 |
| FFP Properties | 2927 Pleaseanton Rd | 7788374 |
| FFP Properties | 404 N. Cleveland | 5295859 |
| FFP Properties | Hwy 77 and Cypress St | 5295859 |
| FFP Properties | Hwy 40 and Hwy 469 | 7788374 |
| FFP Properties | RR1, Box 2141 | 7788374 |
| FFP Properties | 5934 West I-20 | 7788374 |
| FFP Properties | 20482 Hwy 281 | 7788374 |
| FFP Properties | 11369 US Hwy 69 | 5295859 |
| FFP Properties | 401 N. Timberland | 7788374 |
| FFP Properties | 461 Hwy 69 South | 7788374 |
| FFP Properties | 730 West Corral | 5295859 |
| FFP Properties | 697 Medina | 5295859 |
| FFP Properties | 1540 El Indio Hwy | 5295859 |
| FFP Properties | Hwy 95 and Hwy 54 | 5295859 |
| FFP Properties | Hwy 359 and FM339 | 5295859 |
| FFP Properties | 2455 Main St | 7788374 |
| FFP Properties | 1401 San Diego Hwy | 5295859 |
| T&S Pantires | 725 West Jackson | 7788374 |
| East Texas Holdings | 801 Gilmer Rd | 5295859 |
| East Texas Holdings | West State Highway 79 | 5295859 |
| East Texas Holdings | 514 South Hwy 79 | 5295859 |
| East Texas Holdings | 1100 West Grand Ave | 5295859 |
| East Texas Holdings | 401 South Eastman Rd | 5295859 |
| East Texas Holdings | 1708 Mobberly | 5295859 |
| East Texas Holdings | 1111 East Broadway | 5295859 |
| East Texas Holdings | 3127 Estes Parkway | 5295859 |
| East Texas Holdings | 500 E. Palestine | 5295859 |

Case 1:07-cv-05731-JGK-RLE   Document 6   Filed 08/28/2007   Page 3 of 3

## EXHIBIT A

| Borrower | Property Address | Policy |
|---|---|---|
| East Texas Holdings | 1608 Judson | 5295859 |
| East Texas Holdings | 524 Eastman Rd | 5295859 |
| East Texas Holdings | US 80 at Alpine (1301 E. Marshal) | 5295859 |
| One Stop Food Services | 444 State Hwy 34 S | 7788373 |
| One Stop Food Services | SWC FM 879 and I-95 | 7788373 |