IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERCE AND INDUSTRY INSURANCE COMPANY and AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF FMAC LOAN RECEIVABLES TRUSTS 1997-B, 1998-B, 1998-C, 1998-D AND 2000-A,<br><br>        Defendant. | Case No. 07-CV-5731 (JGK) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please note the withdrawal of the appearance of Amy Lester of Steptoe & Johnson LLP as co-counsel for Plaintiff Commerce and Industry Insurance Company in this action. Plaintiff will continue to be represented by Lara E. Romansic, Roger E. Warin, Harry Lee and Andrew Racca of Steptoe & Johnson LLP.

Dated:   New York, New York
           August 30, 2007

                                                  STEPTOE & JOHNSON LLP

                                                  By:   /s/ Amy Lester
                                                         Lara E. Romansic (LR-9236)
                                                         Amy Lester (AL-3398)
                                                         750 Seventh Avenue, Suite 1900
                                                         New York, New York 10019
                                                         (212) 506-3900
                                                         (212) 506-3950 (fax)

        - and -

        Roger E. Warin
        Harry Lee
        Andrew W. Racca
        Steptoe & Johnson LLP
        1330 Connecticut Avenue, NW
        Washington, DC 20036
        (202) 429-3000
        (202) 429-3902 (fax)

        *Attorneys for Plaintiffs Commerce & Industry Insurance Company and American International Specialty Lines Insurance Company*

*Of Counsel:*

Scott Davis
David Timmins
Gardere Wynne Sewell LLP
1601 Elm Street
Suite 3000
Dallas, Texas 75201
(214) 999-3000
(214) 999-4667 (fax)