Charles E. Dorkey III (CD-8422)
S. Jane Moffat (SM-0912)
McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8330
(212) 922-1819 (facsimile)

*Attorneys for Defendant U.S. Bank National Association, as Indenture Trustee for the Registered Holders of FMAC Loan Receivables Trusts 1997-B, 1998-B, 1998-C, 1998-D and 2000-A*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERCE AND INDUSTRY INSURANCE COMPANY and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>- against –<br><br>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF FMAC LOAN RECEIVABLES TRUSTS 1997-B, 1998-B, 1998-C, 1998-D AND 2000-A,<br><br>Defendant. | Civil Action No.<br>1:07-CV-5731 (JGK)(RLE)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant U.S. Bank National Association, as Indenture Trustee for the Registered Holders of FMAC Loan Receivables Trusts 1997-B, 1998-B, 1998-C, 1998-D and 2000-A ("U.S. Bank"), certifies that U.S. Bancorp is the corporate parent of U.S. Bank and owns 100% of U.S. Bank's stock.

Dated: October 29, 2007
New York, New York

        McKENNA LONG & ALDRIDGE LLP

        Charles E. Dorkey III (CD-8422)
        S. Jane Moffat (SM-0912)
        230 Park Avenue
        Suite 1700
        New York, NY 10169
        (212) 905-8330
        (212) 922-1819 (facsimile)

Of Counsel:

Tami L. Azorsky
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
Tel: (202) 496-7500
Fax: (202) 496-7756

Barry J. Armstrong
Jeremy M. Moeser
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
Tel: (404) 527-4000
Fax: (404) 527-4198

        *Attorneys for Defendant U.S. Bank National*
        *Association, as Indenture Trustee for the Registered*
        *Holders of FMAC Loan Receivables Trusts 1997-B,*
        *1998-B, 1998-C, 1998-D and 2000-A*