UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
COMMERCE AND INDUSTRY INSURANCE :
COMPANY and AMERICAN :  Case No. 07-CV-5731 (JGK)
INTERNATIONAL SPECIALTY LINES :  (RLE)
INSURANCE COMPANY, :
 :
            Plaintiffs, :
 :  **AFFIDAVIT OF SERVICE**
    - vs.- :
 :
U.S. BANK NATIONAL ASSOCIATION, AS :
INDENTURE TRUSTEE FOR THE :
REGISTERED HOLDERS OF FMAC LOAN :
RECEIVABLES TRUSTS 1997-B, 1998-B, :
1998-C, 1998-D AND 2000-A, :
 :
            Defendant. :
------------------------------------------------------------- x

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

    ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

    That on the 29th day of October, 2007, deponent served, by U.S. Mail, a true and correct copy of (1) **DEFENDANT'S ANSWER AND COUNTERCLAIM** and (2) **RULE 7.1 DISCLOSURE STATEMENT** upon the following:

| | |
|---|---|
| **Andrew Racca, Esq.**<br>Steptoe & Johnson, LLP<br>1330 Connecticut Ave, NW<br>Washington, DC 20036 | **Harry Lee, Esq.**<br>Steptoe & Johnson, LLP<br>1330 Connecticut Ave, NW<br>Washington, DC 20036 |

| | |
|---|---|
| **Roger E. Warin, Esq.**<br>Steptoe & Johnson, LLP<br>1330 Conneticut Ave, NW<br>Washington, DC 20036 | **Lara Elizabeth Romansic, Esq.**<br>Steptoe & Johnson, LLP<br>750 Seventh Avenue, Suite 1900<br>New York, NY 10019 |
| **Scott Davis, Esq.**<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201 | **David Timmins, Esq.**<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201 |

the address designated by said attorneys for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

Sworn to before me this
29th day of October, 2007

NOTARY PUBLIC

JOANNE SARLO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01SA4931775
Qualified in Kings County
Commission Expires 8/31/2009