**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

10/31/2007

| | | |
|---|---|---|
| Commerce and Industry Insurance Company | Plaintiff, | |
| - against - | | 7 cv 05731 (JGK) |
| U.S. Bank National Association | Defendant. | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Charles E. Dorkey III a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: TAMI LYN AZORSKY
Firm Name: McKenna Long & Aldridge LLP
Address: 1900 K Street NW
City/State/Zip: Washington, DC 20006-1108
Phone Number: (202) 496-7573
Fax Number: (202) 496-7756

TAMI LYN AZORSKY is a member in good standing of the Bar of the States of PENNSYLVANIA & DISTRICT OF COLUMBIA

There are no pending disciplinary proceeding against TAMI LYN AZORSKY in any State or Federal court.

Dated: 10/29/2007
City, State: New York, New York

Respectfully submitted,

Sponsor's SDNY Bar: (CD-8422)
Firm Name: McKenna Long & Aldridge LLP
Address: 230 Park Avenue, Suite 1700
City/State/Zip: New York, New York 10169
Phone Number: 212.905.8300
Fax Number: 212.922.1819

SDNY Form Web 10/2006



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

TAMI LYN AZORSKY

was on the 17TH day of MAY, 1985 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 16, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

Case 1:07-cv-05731-JGK-RLE   Document 12   Filed 11/02/2007   Page 3 of 8



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Tami Lyn Azorsky, Esq.*

DATE OF ADMISSION

*October 22, 1984*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 22, 2007

Norina K. Blynn, Esq.
Chief Clerk

Case 1:07-cv-05731-JGK-RLE   Document 12   Filed 11/02/2007   Page 3 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
COMMENCE AND INDUSTRY INSURANCE      :
COMPANY and AMERICAN                 :   Case No. 07-CV-5731 (JGK)
INTERNATIONAL SPECIALTY LINES        :
INSURANCE COMPANY,                   :
                                     :
                    Plaintiffs,      :   **AFFIDAVIT OF CHARLES E.**
                                     :   **DORKEY III IN SUPPORT OF**
        - vs.-                       :   **MOTION TO ADMIT**
                                     :   **COUNSEL *PRO HAC VICE***
U.S. BANK NATIONAL ASSOCIATION, AS   :
INDENTURE TRUSTEE FOR THE            :
REGISTERED HOLDERS OF FMAC LOAN      :
RECEIVABLES TRUSTS 1997-B, 1998-B,   :
1998-C, 1998-D AND 2000-A,           :
                                     :
                    Defendant.       :
---------------------------------------------------------------- x

CHARLES E. DORKEY III, being duly sworn, hereby deposes and says as follows:

1. I am a partner at McKenna Long & Aldridge LLP, counsel for defendant in the above captioned action. I make this statement in support of the motion of defendant U.S. Bank National Association for the admission of Tami Lyn Azorsky to practice *pro hac vice* as counsel for defendant U.S. Bank National Association in the above-captioned case.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October 6, 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Tami Lyn Azorsky since April 2007.

4. Ms. Azorsky is a partner at McKenna Long & Aldridge LLP in Washington, DC.

5. I have found Ms. Azorsky to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Tami Lyn Azorsky, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Tami Lyn Azorsky, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Tami Lyn Azorsky, *pro hac vice*, to represent defendant in the above captioned matter, be granted.

Dated: October 29, 2007                    Respectfully submitted,

                                           McKENNA LONG & ALDRIDGE LLP


                                           By_____

                                           Charles E. Dorkey III (CD-8422)
                                           230 Park Avenue
                                           Suite 1700
                                           New York, NY 10169
                                           (212) 905-8330
                                           (212) 922-1819 (facsimile)

                                           *ATTORNEYS FOR DEFENDANT*

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Commerce and Industry
Insurance Company

Plaintiff,

7  cv 5731  (JGK)

- against -

U.S. Bank National
Association

Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Charles E. Dorkey III attorney for U.S. Bank National Association

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | TAMI LYN AZORSKY |
| Firm Name: | McKenna Long & Aldridge LLP |
| Address: | 1900 K Street NW |
| City/State/Zip: | Washington, DC 20006-1108 |
| Telephone/Fax: | (202) 496-7573 |
| Email Address: | tazorsky@mckennalong.com |

is admitted to practice pro hac vice as counsel for U.S. Bank National Association in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____  SDNY RECEIPT#
SDNY Form Web 10/2006

10/31/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
COMMERCE AND INDUSTRY INSURANCE :
COMPANY and AMERICAN : Case No. 07-CV-5731 (JGK)
INTERNATIONAL SPECIALTY LINES :
INSURANCE COMPANY, :
  :
            Plaintiffs, : **AFFIDAVIT OF SERVICE**
  :
   - vs.- :
  :
U.S. BANK NATIONAL ASSOCIATION, AS :
INDENTURE TRUSTEE FOR THE :
REGISTERED HOLDERS OF FMAC LOAN :
RECEIVABLES TRUSTS 1997-B, 1998-B, :
1998-C, 1998-D AND 2000-A, :
  :
            Defendant. :
------------------------------------------------------------ X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

That on the 29th day of October, 2007, deponent served, by U.S. Mail, a true and correct copy of **Motion to Admit Counsel, Tami Lyn Azorsky,** *Pro Hac Vice*; **Affidavit of Charles E. Dorkey III in Support of Motion to Admit Counsel, Tami Lyn Azorsky,** *Pro Hac Vice*; **Proposed Order for Admission** *Pro Hac Vice* **on Written Motion** upon the following:

**Andrew Racca, Esq.**              **Harry Lee, Esq.**
Steptoe & Johnson, LLP              Steptoe & Johnson, LLP
1330 Conneticut Ave, NW             1330 Conneticut Ave, NW
Washington, DC 20036                Washington, DC 20036

| | |
|---|---|
| **Roger E. Warin, Esq.**<br>Steptoe & Johnson, LLP<br>1330 Conneticut Ave, NW<br>Washington, DC 20036 | **Lara Elizabeth Romansic, Esq.**<br>Steptoe & Johnson, LLP<br>750 Seventh Avenue, Suite 1900<br>New York, NY 10019 |
| **Scott Davis, Esq.**<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201 | **David Timmins, Esq.**<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201 |

the address designated by said attorneys for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

Sworn to before me this
29th day of October, 2007

NOTARY PUBLIC

JOANNE SARLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SA4831775
Qualified in Kings County
Commission Expires 5/28/2009