SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Commerce and Industry Insurance Company | Plaintiff, | |
| - against - | | 7 cv 05731 (JGK) |
| U.S. Bank National Association | Defendant. | MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Charles E. Dorkey III a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: BARRY J. ARMSTRONG
Firm Name: McKenna Long & Aldridge LLP
Address: 303 Peachtree Street., Suite 5300
City/State/Zip: Atlanta, GA 30308
Phone Number: (404) 527-4372
Fax Number: (404) 527-4198

BARRY J. ARMSTRONG is a member in good standing of the Bar of the States of GEORGIA

There are no pending disciplinary proceeding against BARRY J. ARMSTRONG in any State or Federal court.

Dated: 10/29/2007
City, State: New York, New York

Respectfully submitted,

Sponsor's SDNY Bar (CD-8422)
Firm Name: McKenna Long & Aldridge LLP
Address: 230 Park Avenue, Suite 1700
City/State/Zip: New York, New York 10169
Phone Number: 212.905.8300
Fax Number: 212.922.1819

SDNY Form Web 10/2006

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Barry J. Armstrong
McKenna Long & Aldridge, LLP
303 Peachtree St., Suite 5300
Atlanta, GA 30308

CURRENT STATUS:     Active Member-Good Standing

DATE OF ADMISSION TO PRACTICE:     06/05/1991

Attorney Bar Number:   022055

Today's Date:   October 18, 2007

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
  -Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
  -Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
  -Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brenda Lavoro* (signature)

Official Representative of the State Bar of Georgia

---

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
COMMERCE AND INDUSTRY INSURANCE :
COMPANY and AMERICAN : Case No. 07-CV-5731 (JGK)
INTERNATIONAL SPECIALTY LINES :
INSURANCE COMPANY, :
 :
                Plaintiffs, : **AFFIDAVIT OF CHARLES E.**
 : **DORKEY III IN SUPPORT OF**
- vs.- : **MOTION TO ADMIT**
 : **COUNSEL *PRO HAC VICE***
U.S. BANK NATIONAL ASSOCIATION, AS :
INDENTURE TRUSTEE FOR THE :
REGISTERED HOLDERS OF FMAC LOAN :
RECEIVABLES TRUSTS 1997-B, 1998-B, :
1998-C, 1998-D AND 2000-A, :
 :
                Defendant. :
---------------------------------------------------------------- x

    CHARLES E. DORKEY III, being duly sworn, hereby deposes and says as follows:

1. I am a partner at McKenna Long & Aldridge LLP, counsel for defendant in the above captioned action. I make this statement in support of the motion of defendant U.S. Bank National Association for the admission of Barry J. Armstrong to practice *pro hac vice* as counsel for defendant U.S. Bank National Association in the above-captioned case.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October 6, 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Barry J. Armstrong since April 2007.

4. Mr. Armstrong is a partner at McKenna Long & Aldridge LLP in Atlanta, GA.

5. I have found Mr. Armstrong to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Barry J. Armstrong, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Barry J. Armstrong, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Barry J. Armstrong, *pro hac vice*, to represent defendant in the above captioned matter, be granted.

Dated: October 29, 2007                     Respectfully submitted,

                                            McKENNA LONG & ALDRIDGE LLP

                                            By_____

                                            Charles E. Dorkey III (CD-8422)
                                            230 Park Avenue
                                            Suite 1700
                                            New York, NY 10169
                                            (212) 905-8330
                                            (212) 922-1819 (facsimile)

                                            *ATTORNEYS FOR DEFENDANT*

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Commerce and Industry Insurance Company | Plaintiff, | |
| | | 7  cv  5731   (JGK) |
| - against - | | |
| U.S. Bank National Association | Defendant. | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Charles E. Dorkey III attorney for U.S. Bank National Association

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | BARRY J. ARMSTRONG |
| Firm Name: | McKenna Long & Aldridge LLP |
| Address: | 303 Peachtree Street., Suite 5300 |
| City/State/Zip: | Atlanta, GA 30308 |
| Telephone/Fax: | (404) 527-4372 |
| Email Address: | barmstrong@mckennalong.com |

is admitted to practice pro hac vice as counsel for U.S. Bank National Association in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

United States District/Magistrate Judge

FOR OFFICE USE ONLY   FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006

10/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
COMMERCE AND INDUSTRY INSURANCE :
COMPANY and AMERICAN : Case No. 07-CV-5731 (JGK)
INTERNATIONAL SPECIALTY LINES :
INSURANCE COMPANY, :
:
Plaintiffs, : **AFFIDAVIT OF SERVICE**
:
- vs.- :
:
U.S. BANK NATIONAL ASSOCIATION, AS :
INDENTURE TRUSTEE FOR THE :
REGISTERED HOLDERS OF FMAC LOAN :
RECEIVABLES TRUSTS 1997-B, 1998-B, :
1998-C, 1998-D AND 2000-A, :
:
Defendant. :
---------------------------------------------------------------- x

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

That on the 29th day of October, 2007, deponent served, by U.S. Mail, a true and correct copy of **Motion to Admit Counsel, Barry J. Armstrong,** *Pro Hac Vice*; **Affidavit of Charles E. Dorkey III in Support of Motion to Admit Counsel, Barry J. Armstrong,** *Pro Hac Vice*; **Proposed Order for Admission** *Pro Hac Vice* **on Written Motion** upon the following:

**Andrew Racca, Esq.**
Steptoe & Johnson, LLP
1330 Conneticut Ave, NW
Washington, DC 20036

**Harry Lee, Esq.**
Steptoe & Johnson, LLP
1330 Conneticut Ave, NW
Washington, DC 20036

| | |
|---|---|
| **Roger E. Warin, Esq.**<br>Steptoe & Johnson, LLP<br>1330 Connecticut Ave, NW<br>Washington, DC 20036 | **Lara Elizabeth Romansic, Esq.**<br>Steptoe & Johnson, LLP<br>750 Seventh Avenue, Suite 1900<br>New York, NY 10019 |
| **Scott Davis, Esq.**<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201 | **David Timmins, Esq.**<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201 |

the address designated by said attorneys for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

_____

Sworn to before me this
29th day of October, 2007

_____
NOTARY PUBLIC

JOANNE SARLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SA4831775
Qualified in Kings County
Commission Expires 3/31/2024