SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Commerce and Industry Insurance Company

Plaintiff,

- against -

U.S. Bank National Association

Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/07

7 cv 5731 (JGK)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Charles E. Dorkey III attorney for U.S. Bank National Association and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Jeremy Mark Moeser

Firm Name:   McKenna Long & Aldridge LLP

Address:   303 Peachtree Street., Suite 5300

City/State/Zip:   Atlanta, GA 30308

Telephone/Fax:   (404) 527-4156

Email Address:   jmoeser@mckennalong.com

is admitted to practice pro hac vice as counsel for U.S. Bank National Association in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/13/07
City, State:

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006