IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERCE AND INDUSTRY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 07-CV-5731 (JGK)<br>) |
| vs. | )<br>) |
| U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF FMAC LOAN RECEIVABLES TRUSTS 1997-B, 1998-B, 1998-C, 1998-D AND 2000-A, | )<br>)<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

So Ordered

[signature]
11/15/07

### ORDER

**IT IS HEREBY ORDERED THAT** the motion for admission *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Harry Lee, Esq., is permitted to argue or try this particular case in whole or in part as counsel or advocate for plaintiff Commerce and Industry Insurance Company.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 per attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearances as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.