UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERCE AND INDUSTRY INSURANCE COMPANY and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>-against-<br><br>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF FMAC LOAN RECEIVABLES TRUSTS 1997-B, 1998-B, 1998-C, 1998-D AND 2000-A,<br><br>Defendant. | Civil Action No. 1:07-CV-5731 (JGK)(RLE)<br><br>(Oral Argument Requested)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, the Declaration of Lara E. Romansic, Esq., dated November 19, 2007, and the Exhibits annexed thereto, and upon all prior pleadings and proceedings herein, plaintiffs/counterclaim defendants Commerce and Industry Insurance Company ("C&I") and American International Specialty Lines Insurance Company ("AISLIC") (collectively, "Insurers"), by its counsel, Steptoe & Johnson LLP, will move this Court before the Honorable John G. Koeltl, United States District Judge, United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on December 13, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, to dismiss Count II and the associated requests for relief found in the Counterclaim filed by defendant/counterclaim plaintiff, U.S. Bank National Association, as Indenture Trustee for the Registered Holders of FMAC Loan Receivables Trusts 1997-B, 1998-B, 1998-C, 1998-D and 2000-A ("U.S. Bank"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; together with such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        November 19, 2007

STEPTOE & JOHNSON LLP

By:     /s/ John D. Lovi
      John D. Lovi (JL-5928)
      Lara E. Romansic (LR-9236)
      750 Seventh Avenue, 19th Floor
      New York, New York  10019
      (212) 506-3900
      (212) 506-3950 (fax)

-and-

Roger Warin
Harry Lee
Andrew Racca
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000
(202) 429-3902 (fax)

*Attorneys for Plaintiffs/Counterclaim Defendants American International Specialty Lines Insurance Company and Commerce & Industry Insurance Company*

*Of Counsel:*

Scott Davis
David Timmins
Gardere Wynne Sewell LLP
1601 Elm Street
Suite 3000
Dallas, Texas  75201
(214) 999-3000
(214) 999-4667 (fax)

- 2 -