# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

John D. Lovi
Tel 212.506.3910
Fax 212.506.3950
jlovi@steptoe.com

750 Seventh Avenue
19th Floor
New York, NY 10019
Tel 212.506.3900
Fax 212.506.3950
steptoe.com

November 19, 2007

*Via ECF*

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

Re:   *Commerce & Industry Ins. Co., et al. v. U.S. Bank National Ass'n 1:07 CV 5731 (JGK)(RLE)*

Dear Judge Koeltl:

We represent plaintiffs/counterclaim defendants Commerce & Industry Insurance Company and American International Specialty Lines Insurance Company ("Plaintiffs") in the above-referenced action. Pursuant to Rule 2 of the Court's Individual Practices, Plaintiffs respectfully request oral argument of the Plaintiffs' motion to dismiss, filed along with this letter on November 19, 2007.

Respectfully yours,

John D. Lovi

John D. Lovi

Doc. #9833 v.1