**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMERCE AND INDUSTRY INSURANCE COMPANY and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY<br><br>      Plaintiffs,<br><br>     -against-<br><br>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF FMAC LOAN RECEIVABLES TRUSTS 1997-B, 1998-B, 1998-C, 1998-D AND 2000-A,<br><br>      Defendant. | Civil Action No. 1:07-CV-5731 (JGK)<br><br><br><br><br>**SUPPLEMENTAL RULE 7.1 STATEMENT** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff American International Specialty Lines Insurance Company ("AISLIC") certifies that AISLIC is owned seventy percent (70%) by National Union Fire Insurance Company of Pittsburgh, Pa., twenty percent (20%) by The Insurance Company of the State of Pennsylvania, and ten percent (10%) by AIG Casualty Company.  Each of these parent corporations is a direct, wholly-owned subsidiary of AIG Commercial Insurance Group, Inc., which is a wholly-owned subsidiary of AIG Property Casualty Group, Inc., which is a wholly-owned subsidiary of American International Group, Inc., a publicly-traded corporation.

   The following corporate affiliations exist with Plaintiff Commerce and Industry Insurance Company ("C&I"), as stated in its initial disclosure made on June 15, 2007:  C&I is a direct, wholly-owned subsidiary of AIG Commercial Insurance Group, Inc., which is a wholly-

- 2 -

owned subsidiary of AIG Property Casualty Group, Inc., which is a wholly-owned subsidiary of

American International Group, Inc., a publicly-traded corporation.

**Dated:**  New York, New York
December 5, 2007

                              STEPTOE & JOHNSON LLP

                              _____/S/_____
                              Harry Lee (*admitted pro hac vice*)
                              Roger E. Warin
                              Andrew Racca
                              Steptoe & Johnson LLP
                              1330 Connecticut Avenue, NW
                              Washington, DC 20036
                              (202) 429-3000
                              (202) 429-3902 (fax)

                              John D. Lovi (JL-5928)
                              Lara E. Romansic (LR-9236)
                              Steptoe & Johnson LLP
                              750 Seventh Avenue, Suite 1900
                              New York, New York 10019
                              (212) 506-3900
                              (212) 506-3950 (fax)

                              *Attorneys for Plaintiffs American*
                              *International Specialty Lines Insurance*
                              *Company and Commerce & Industry*
                              *Insurance Company*

*Of Counsel:*

Scott Davis
David Timmins
Gardere Wynne Sewell LLP
1601 Elm Street
Suite 3000
Dallas, Texas 75201
(214) 999-3000
(214) 999-4667 (fax)