Albany
Atlanta
Brussels
Denver
Los Angeles

# McKenna Long
# & Aldridge LLP
Attorneys at Law

230 Park Avenue • Suite 1700 • New York, NY 10169
Tel: 212.905.8300 • Fax: 212.922.1819
www.mckennalong.com

New York
Philadelphia
Sacramento
San Diego
San Francisco
Washington, D.C.

CHARLES E. DORKEY III
(212) 905-8330

EMAIL ADDRESS
cdorkey@mckennalong.com

December 7, 2007

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 1030
New York, NY 10007

    Re:   Commerce and Industry Insurance Company et al. v. U.S. Bank National Association, As Indenture Trustee For The Registered Holders Of FMAC Loan Receivables Trusts 1997-B, 1998-B, 1998-C, 1998-D And 2000-A
          Civil Action No. 1:07-CV-5731

Dear Judge Koeltl:

    We represent the defendant in this action. In connection with our opposition filed today, we respectfully request that oral argument be scheduled at Your Honor's convenience.

                          Respectfully yours,

                          Charles E. Dorkey III

cc:   John D. Lovi, Esq.
       Roger Warin, Esq.
       Scott Davis, Esq.

CED:cbg

NY 12050496.1