UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMERCE AND INDUSTRY INSURANCE
COMPANY and AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE COMPANY,

                  Plaintiffs,

-against-

U.S. BANK NATIONAL ASSOCIATION, AS
INDENTURE TRUSTEE FOR THE REGISTERED
HOLDERS OF FMAC LOAN RECEIVABLES
TRUSTS 1997-B, 1998-B, 1998-C, 1998-D AND
2000-A,

                  Defendant.



1:07-CV-5731 (JGK)(RLE)

**MEMO ENDORSED**

NOTICE OF MOTION TO ADMIT
DAVID H. TIMMINS PRO HAC VICE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

PLEASE TAKE NOTICE that upon the annexed Declaration of John D. Lovi, Esq., sworn to on January 3, 2008, in support of this motion and the Certificate of Good Standing annexed thereto, plaintiffs Commerce and Industry Insurance Company and American International Specialty Lines Insurance Company will move this Court, before the Honorable John G. Koeltl, at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of David H. Timmins, an attorney with the firm of Gardere Wynne Sewell LLP, as attorney *pro hac vice* for plaintiffs Commerce and Industry Insurance Company and American International Specialty Lines Insurance Company in the above-captioned case.

MEMO ENDORSED
Granted
SO ORDERED
LEWIS A. KAPLAN 1/15/08