UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

COMMERCE AND INDUSTRY INSURANCE
COMPANY, et al.,

                     Plaintiffs,

    - against -

U.S. BANK NATIONAL ASSOCIATION, AS
INDENTURE TRUSTEE FOR THE REGISTERED
HOLDERS OF FMAC LOAN RECEIVABLES
TRUSTS 1997-B, 1998-B, 1998-C, 1998-D
AND 2000-A,

                     Defendant.
───────────────────────────────

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-02-08

07 Civ. 5731 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    In order to facilitate the prompt production of documents, and to allow claims of privilege to be resolved subsequently, and on the merits, the fact of the production of a document will not be deemed a waiver of any privilege as to the subject matter in the document, although any party to whom a document is produced may make any other argument with respect to the production of any other document including that there is no privilege with respect to any such document or that the document produced should not be admitted in evidence or used for any purpose so long as any other document on the same subject

matter is withheld from production on any basis.

SO ORDERED.

Dated: New York, New York
       April 1, 2008

_____
John G. Koeltl
United States District Judge