UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COMMERCE AND INDUSTRY INSURANCE COMPANY, et al.,

                              Plaintiffs,

— against —

U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF FMAC LOAN RECEIVABLES TRUSTS 1997-B, 1998-B, 1998-C, 1998-D AND 2000-A,

                              Defendant.
-----------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-02-08

07 Civ. 5731 (JGK)(RLE)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

_____

_____

____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

**SO ORDERED.**

DATED:   New York, New York
            April 1, 2008

/s/ G. Koeltl
_____
John G. Koeltl
United States District Judge

* Do not check if already referred for general pretrial.