UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMERCE AND INDUSTRY INSURANCE COMPANY, et al.,

    Plaintiffs,

- against -

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.

U.S. BANK NATIONAL ASSOCIATION,

    Counter Claimant,

- against -

COMMERCE AND INDUSTRY INSURANCE COMPANY, et al.,

    Counter Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08

ORDER

07 Civ. 5731 (JGK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephone conference with the Court on April 21, 2008,

**IT IS HEREBY ORDERED THAT**

1) Defendant maintain a list for the Court of individuals to whom confidential discovery documents have been shown;

2) Plaintiffs' submission to the Court on the burden and scope of Defendant's discovery requests is due on **April 29, 2008**; and

3)    Defendant's opposition submission is due **May 5, 2008**.

**SO ORDERED this 21st day of April 2008**
New York, New York

                                                               */s/ Ronald L. Ellis*
                                                            **The Honorable Ronald L. Ellis**
                                                            **United States Magistrate Judge**