# STEPTOE & JOHNSON LLP
## ATTORNEYS AT LAW

Harry Lee
202.429.8112
hlee@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

*Adjourned to Friday August 29, 2008 at 2:30*

*So Ordered.*

*6/[signature]*

*7/24/08*

JUL 23 2008

July 23, 2008

**Via FACSIMILE**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

Re: *Commerce and Industry Insurance Company and American International Specialty Lines Insurance Company v. U.S. Bank National Association, as Indenture Trustee for the Registered Holders of FMAC Loan Receivables Trusts 1997-B, 1998-B, 1998-C, 1998-D, and 2000-A,*
Civil Action No. 1:07 CV 5731 (JGK)(RLE)

Dear Judge Koeltl:

We represent Plaintiffs Commerce and Industry Insurance Company and American International Specialty Lines Insurance Company (collectively "the Insurers") in this action. We have been advised by counsel for defendant U.S. Bank National Association ("U.S. Bank") that the Court has tentatively scheduled oral argument on Insurers' Motion to Dismiss for Wednesday, July 30, 2008, at 4:30pm. Due to a scheduling conflict, Insurers' counsel is not available on that day and therefore requests that this argument be adjourned. Due to already scheduled hearings in other matters, Insurers' counsel is available for argument on August 12 or 13 or anytime after August 27.

Please advise if any of these dates are acceptable. Please contact Andrew Racca at (202) 429-8179 if there are any questions or concerns regarding the scheduling of this argument.

Respectfully submitted,

Harry Lee

USDS SDNY
DOCUMENT
[ELECTRONICA]LLY FILED
DOC #: _____
DATE FILED: 7/25/2008

WASHINGTON • NEW YORK • CHICAGO • PHOENIX • LOS ANGELES • CENTURY CITY • LONDON • BRUSSELS



The Honorable John G. Koeltl
July 23, 2008
Page 2

cc:    Charles Dorkey, Esq. (via facsimile)
        Tami Lyn Azorsky, Esq. (via facsimile)